UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE BOOKSTORE, INC., an Oregon corporation; DANIEL COSSETTE; DONNA COSSETTE; MICHAEL WRIGHT; and LINDA WRIGHT, | CV 09-1490-BR |
| PLAINTIFFS, | |
| v. | JUDGMENT |
| RANDY LEONARD, individually and in his capacity as a Portland City Commissioner; MICHAEL ALDERMAN, individually and in his capacity as a Portland City Fire Inspector; JEFF MYERS, individually and in his capacity as a Portland Police Bureau Officer; JOSEPH BOTKIN, individually and in his capacity as a Portland Bureau of Development Services Inspector; HANK MCDONALD, individually and in his capacity as a Portland Bureau of Development Services Inspector; the CITY OF PORTLAND, a municipal corporation; and PORTLAND GENERAL ELECTRIC COMPANY, an Oregon corporation,, | |
| DEFENDANTS. | |

RANDAL B. ACKER
AARON S. FERREIRA
Acker & Associates, PC
525 SW Jackson Street
Portland OR 97201
(503) 228-2495

    Attorneys for Plaintiffs

Page 1 --   JUDGMENT

**LINDA MENG**
Portland City Attorney
**TRACY POOL REEVE**
**ELLEN C. OSOINACH**
Deputy Portland City Attorneys
1221 SW Fourth Avenue, Room 430
Portland OR 97204
(503) 823-4047

      Attorneys for Defendants Randy Leonard, Michael Alderman, Jeff Myers, Joseph Botkin, Hank McDonald, and the City of Portland (hereinafter referred to as City Defendants)

**MARTIN C. DOLAN**
**DAVID H. GRIGGS**
Dolan Griggs LLP
1130 SW Morrison Street
Suite 530
Portland OR 97205
(503) 228-7500

      Attorneys for Defendant Portland General Electric

**BROWN, Judge:**

      On February 17, 2011, this Court issued an Order (Doc. No. 77), noting that Plaintiffs had withdrawn their § 1983 claim against City Defendants for unreasonable search and seizure, their state-law claims against the City of Portland for trespass and invasion of privacy, and their claim against PGE for negligence. On April 7, 2011, this Court issued an Opinion and Order (Doc. No. 78) granting the City Defendants' Motion for Summary Judgment (Doc. No. 43) on all remaining claims against City Defendants under § 1983 for violation of Plaintiffs' right to equal protection, Plaintiffs' state-law claim against the City of Portland for negligence, and The Bookstore, Inc.'s state-law claim against the City of Portland for intentional interference with business relations. Based on these orders,

      IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice as to all defendants.

      DATED this 19th day of April, 2011.

                              _/s/ Anna J. Brown_
                              Anna J. Brown
                              United States District Judge